Theodore V. H. Mayer
William J. Beausoleil
Julia R. Zousmer
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
David J. Heubeck
Stephen E. Marshall
Venable LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
(410) 244-7400

*Attorneys for Defendant Merck Sharp & Dohme Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to:*<br><br>ALL ACTIONS | MDL NO. 1789<br>1:06-md-1789 (JFK) |
|---|---|

**NOTICE OF MOTION OF DEFENDANT MERCK SHARP & DOHME CORP.
FOR A FEDERAL RULES OF CIVIL PROCEDURE 16 AND 26
<u>CASE MANAGEMENT ORDER</u>**

PLEASE TAKE NOTICE that, upon the Notice of Motion of Defendant Merck Sharp & Dohme Corp. ("Merck"), the Declaration of William J. Beausoleil, and the accompanying Memorandum of Law in Support of its Motion for a Federal Rules of Civil Procedure 16 and 26 Case Management Order, Merck will move this Court before the Honorable Judge John F. Keenan, in the United States Courthouse for the Southern

District of New York, for a Federal Rules of Civil Procedure 16 and 26 Case Management Order.

DATED: New York, New York
June 11, 2014

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: _____/s/_____
    Theodore V. H. Mayer
    William J. Beausoleil
    Julia R. Zousmer
    One Battery Park Plaza
    New York, New York 10004-1482
    (212) 837-6000

    Paul F. Strain
    David J. Heubeck
    Stephen E. Marshall
    Venable LLP
    750 East Pratt Street, Suite 900
    Baltimore, Maryland 21202
    (410) 244-7400

*Attorneys for Defendant Merck Sharp & Dohme Corp.*